```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 17125
    PAMELA L CARTER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8724


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/02/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.90% from remaining funds.

     The case was converted to chapter 7 after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED           343.71          .00         32.83
ASSET ACCEPTANCE CORP      UNSECURED           112.06          .00           .00
MORTGAGE ELECTRONIC REG    CURRENT MORTG          .00          .00           .00
MORTGAGE ELECTRONIC REG    MORTGAGE ARRE     5400.00           .00       5400.00
CITY OF CHGO DEPT OF REV   SECURED NOT I  NOT FILED            .00           .00
CHICAGO MUNICIPAL EMPLOY   SECURED            6648.07      2320.94       6648.07
CHICAGO MUNICIPAL EMPLOY   SECURED             718.44       220.76        718.44
AMERICAN GENERAL FINANCE   UNSECURED OTH     2101.00           .00        272.34
AT&T                       UNSECURED      NOT FILED            .00           .00
CALVIN HALL                UNSECURED      NOT FILED            .00           .00
CAPITAL ONE SERVICES       UNSECURED      NOT FILED            .00           .00
CHADWICKS                  UNSECURED      NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00           .00
CORTRUST BANK              UNSECURED      NOT FILED            .00           .00
DIRECTV                    UNSECURED      NOT FILED            .00           .00
BOWMAN HEINTZ BOSCIA & M   UNSECURED      NOT FILED            .00           .00
GREAT AMERICAN FINANCE     UNSECURED           113.50          .00           .00
CPS                        UNSECURED OTH     5074.37           .00        657.77
MERCY HOSPITAL & MEDICAL   UNSECURED      NOT FILED            .00           .00
MERCY HOSPITAL             UNSECURED      NOT FILED            .00           .00
MICHAEL REESE HOSPITAL     UNSECURED      NOT FILED            .00           .00
PATHOLOGY CONSULTANTS OF   UNSECURED      NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           525.75          .00         61.11
QUEST DIAGNOSTICS          UNSECURED      NOT FILED            .00           .00
RADIOLOGY PHYSICIANS       UNSECURED      NOT FILED            .00           .00
RUSH PRES ST LUKES MEDIC   UNSECURED      NOT FILED            .00           .00
RUSH PRES ST LUKES MEDIC   UNSECURED      NOT FILED            .00           .00
SALLIE MAE INC             UNSECURED         26801.35          .00       3474.16
ST BERNARDS HOSPITAL       UNSECURED      NOT FILED            .00           .00
M3 FINANCIAL SERVICES IN   UNSECURED      NOT FILED            .00           .00
CONSULTING PATHOLOGISTS    UNSECURED      NOT FILED            .00           .00
UROLOGY SPECIALIST SC      UNSECURED      NOT FILED            .00           .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17125 PAMELA L CARTER

```
CITY OF CHICAGO PARKING   UNSECURED        160.00             .00         15.28
GREAT AMERICAN FINANCE    SECURED         1400.00          224.65       1400.00
CPS                       UNSECURED           .00             .00           .00
MELVIN KAPLAN             UNSECURED       2010.60             .00        260.63
CONCORDIA UNIVERSITY      UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOC   UNSECURED      NOT FILED            .00           .00
LABCORP                   UNSECURED      NOT FILED            .00           .00
LITTLE COMPANY OF MARY H  UNSECURED      NOT FILED            .00           .00
MERCURY FINANCE           UNSECURED      NOT FILED            .00           .00
MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED            .00           .00
RADIOLOGY IMAGING SPEC    UNSECURED      NOT FILED            .00           .00
RUSH PRESBYTERIAN         NOTICE ONLY    NOT FILED            .00           .00
SBC                       NOTICE ONLY    NOT FILED            .00           .00
SBC AMERITECH             NOTICE ONLY    NOT FILED            .00           .00
SBC ILLINOIS              NOTICE ONLY    NOT FILED            .00           .00
SPRINT                    UNSECURED      NOT FILED            .00           .00
WT SURGICAL CENTER        UNSECURED      NOT FILED            .00           .00
NEAL FELD                 DEBTOR ATTY     2,175.00                      2,175.00
TOM VAUGHN                TRUSTEE                                       1,445.18
DEBTOR REFUND             REFUND                                          875.89
```

Summary of Receipts and Disbursements:

------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               26,203.05

PRIORITY                                          .00
SECURED                                     14,166.51
   INTEREST                                  2,766.35
UNSECURED                                    4,774.12
ADMINISTRATIVE                               2,175.00
TRUSTEE COMPENSATION                         1,445.18
DEBTOR REFUND                                  875.89
                    ---------------       ---------------
TOTALS                26,203.05             26,203.05

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 10/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

              PAGE   2
   CASE NO. 05 B 17125 PAMELA L CARTER